Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

(October 1, 2016 through October 31, 2016)

| Woods, Matter of, v State Univ. of N.Y. | 3d Dept: 139 AD3d 1322 | 10/18/16 |
|---|---|---|

(October 1, 2016 through October 31, 2016)

| People v Petke | 3d Dept: 125 AD3d 1103 | 10/3/16 |
|---|---|---|

(October 1, 2016 through October 31, 2016)

| People v Adams | 2d Dept: 140 AD3d 1179 (Queens) | denied 10/4/16 (Pigott, J.) |
|---|---|---|
| People v Alcarez | 3d Dept: 141 AD3d 943 (Columbia) | denied 10/31/16 (Pigott, J.) |
| People v Al Haideri | 3d Dept: 141 AD3d 742 (Albany) | denied 10/11/16 (Pigott, J.) |
| People v Alleyne | 2d Dept: 142 AD3d 509 (Kings) | denied 10/12/16 (Rivera, J.) |
| People v Anderson | 2d Dept: 142 AD3d 509 (Kings) | denied 10/31/16 (Pigott, J.) |
| People v Arrington | App Div, 3d Dept, 5/16/16 (Albany) | dismissed 10/26/16 (Rivera, J.) |
| People v Aviles | 2d Dept: 142 AD3d 671 (Suffolk) | denied 10/17/16 (Stein, J.) |
| People v Baker | 1st Dept: 139 AD3d 591 (Bronx) | denied 10/24/16 (Fahey, J.) |
| People v Bazemore | 2d Dept: 142 AD3d 555 (Queens) | denied 10/12/16 (Rivera, J.) |
| People v Bediako | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 52 Misc 3d 140(A) (Kings) | denied 10/11/16 (DiFiore, Ch. J.) |
| People v Bernardini | 2d Dept: 142 AD3d 671 (Westchester) | denied 10/31/16 (Pigott, J.) |
| People v Bey | 2d Dept: 140 AD3d 1079 (Queens) | denied 10/20/16 (Stein, J.) |